JS - 6

**FILED**
CLERK, U.S. DISTRICT COURT
JUL 7, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Carl's Jr. Restaurants LLC*, | CASE NO. CV 15-9827-GHK (ASx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *6Points Food Services Ltd., et al.*, | |
| Defendants. | |

Pursuant to the Court's July 7, 2016 Order, IT IS HEREBY ADJUDGED that Plaintiff's Complaint is **DISMISSED without prejudice**.

**IT IS SO ORDERED**.

DATED: July 7, 2016

_____
GEORGE H. KING
United States District Judge